# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Yolanda Baker                                                  Docket No. 4:25-CR-31-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erica L. Miller, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Yolanda Baker, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, sitting in the court at Greenville, on the 28th day of July 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has expressed interest in attending mental health treatment to process the recent death of her mother. The defendant expressly asked the undersigned for assistance with obtaining mental health treatment. It is respectfully recommended that the court include the mental health treatment condition as outlined below on the existing conditions of pretrial release. Baker signed a waiver agreeing to the proposed modification, and both defense counsel as well as the Assistant United States Attorney in this case stated no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith                                    /s/ Erica L. Miller
Dewayne L. Smith                                        Erica L. Miller
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                                    150 Reade Circle
                                                                  Greenville, NC 27858-1137
                                                                   Phone: 252-830-2348
                                                                  Executed On: December 8, 2025

### ORDER OF THE COURT

Considered and ordered the __8th__ day of __December__, 2025, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
United States Magistrate Judge